"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>vs.<br><br>JOSE GOICOCHEA,<br><br>                       Defendant. | Case No.: SA08-580M-5<br><br>ORDER OF DETENTION |

**I.**

A.  (X)  On motion of the Government in a case allegedly involving:

    1.  ( )  a crime of violence.

    2.  ( )  an offense with maximum sentence of life imprisonment or death.

    3.  (X)  a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.  ( )  any felony - where defendant convicted of two or more prior offenses described above.

    5.  ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1 | B. | (X) | On motion by the Government/( ) on Court's own motion, in a case
2 |    |     | allegedly involving:
3 |    | (X) | On the further allegation by the Government of:
4 |    |     | 1. (X) a serious risk that the defendant will flee.
5 |    |     | 2. ( ) a serious risk that the defendant will:
6 |    |     |    a. ( ) obstruct or attempt to obstruct justice.
7 |    |     |    b. ( ) threaten, injure or intimidate a prospective witness or
8 |    |     |    juror, or attempt to do so.
9 | C. | The Government (X) is/( ) is not entitled to a rebuttable presumption that no
10 |   | condition or combination of conditions will reasonably assure the defendant's
11 |   | appearance as required and the safety or any person or the community.

## II.

14 | A. | (X) | The Court finds that no condition or combination of conditions will
15 |    |     | reasonably assure:
16 |    | 1. (X) the appearance of the defendant as required.
17 |    |     | (X) and/or
18 |    | 2. (X) the safety of any person or the community.
19 | B. | (X) | The Court finds that the defendant has not rebutted by sufficient evidence
20 |    |     | to the contrary the presumption provided by statute.

## III.

23 | The Court has considered:
24 | A. | (X) | the nature and circumstances of the offense(s) charged, including whether
25 |    |     | the offense is a crime of violence, a Federal crime of terrorism, or involves
26 |    |     | a minor victim or a controlled substance, firearm, explosive, or destructive
27 |    |     | device;
28 | B. | (X) | the weight of evidence against the defendant;

1 C. (X) the history and characteristics of the defendant; and
2 D. (X) the nature and seriousness of the danger to any person or the community.

### IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V.

The Court bases the foregoing finding(s) on the following:

A. (X) As to flight risk: Defendant's lack of adequate bail resources, strong ties to Mexico, history of drug abuse.
B. (X) As to danger: The nature of the charges offenses and his history of using and possessing illegal drugs.

### VI.

A. ( ) The Court finds that a serious risk exists the defendant will:
    1. ( ) obstruct or attempt to obstruct justice.
    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.
B. The Court bases the foregoing finding(s) on the following:

_____

_____

_____

### VI.

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the

1  extent practicable, from persons awaiting or serving sentences or being held in
2  custody pending appeal.
3  C.  IT IS FURTHER ORDERED that the defendant be afforded reasonable
4      opportunity for private consultation with counsel.
5  D.  IT IS FURTHER ORDERED that, on order of a Court of the United States or on
6      request of any attorney for the Government, the person in charge of the
7      corrections facility in which defendant is confined deliver the defendant to a
8      United States marshal for the purpose of an appearance in connection with a court
9      proceeding.

DATED: October 16, 2008           /s/ Arthur Nakazato
                                  ARTHUR NAKAZATO
                                  UNITED STATES MAGISTRATE JUDGE